ment, entered July 26, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that there are many cases pending against the defendants in which similar questions are involved, and that an early decision of this appeal would prevent much litigation and promote the ends of justice.

*Thomas P. Wickes* for motion.

No one opposed.

Motion denied, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK A. McSHANE, Appellant, *v.* JAMES J. HAGEN, Warden of the City Prison in the County of New York, et al., Defendants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*People ex rel. McShane* v. *Hagen*, 48 App. Div. 203, affirmed.
(Argued October 1, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1900, reversing an order of Special Term sustaining writs of habeas corpus and certiorari and discharging relator from the custody of the warden of the city prison in the county of New York, dismissing such writs and remanding the relator to the custody of said warden.

*Nelson Smith* for appellant.

*John H. Hammond* for respondent.

Order affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.